UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **FERGUSON, BRASWELL & FRASER, P.C.,** | § § § § | |
| **Plaintiff,** | § § | |
| Vs. | § § | **CIVIL ACTION NO. 3:15-CV-4019** |
| **TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,** | § § § § | |
| **Defendant,** | § § | |
| Vs. | § § | |
| **IBERIA BANK,** | § § § | |
| **Defendant.** | § | |

## NOTICE OF SETTLEMENT

NOW INTO COURT, through undersigned counsel, comes IberiaBank ("Iberia"), to announce that the parties in the above-captioned case have reached an initial settlement in principle subject to finalizing certain conditions precedent. The parties are currently in the process of executing the appropriate settlement documents. As soon as the settlement is finalized, the parties will file with the Court an agreed motion to dismiss all claims between them. Iberia files this Notice of Settlement in part due to the currently set hearing on its Motion for Summary Judgment, which is scheduled for Monday, March 12, 2018 at 1:30 p.m. Iberia would respectfully ask the Court to pass or postpone the hearing setting based upon the parties' settlement.

{HD092298.1}

Respectfully submitted,

By: _____

**JOSHUA A. NORRIS**
State Bar No. 24027577
Federal Bar No. 574936
**LARA D. PRINGLE**
State Bar No. 24056164
Federal Bar No. 867760
**AMY K. ANDERSON**
State Bar No. 24077064
Federal Bar No. 2284254
**JONESWALKER LLP**
811 Main, Suite 2900
Houston, Texas 77002
Telephone: 713.437.1800
Facsimile:  713.437.1810
Email: jnorris@joneswalker.com
Email: lpringle@joneswalker.com
Email: aanderson@joneswalker.com
*Attorneys for Defendant IberiaBank*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all known counsel of record via electronic transmission in accordance with the Federal Rules of Civil Procedure on this the 9th day of March, 2018.

_____
**LARA D. PRINGLE**

{HD092298.1}